

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

09 CRIM. 545

---------------------------------x

UNITED STATES OF AMERICA        :

v.                              :          **WAIVER OF INDICTMENT**

CHARLES W. BEE, JR.,            :

            Defendant.          :

---------------------------------x

CHARLES W. BEE, JR., the above-named defendant, who is accused of violating Title 18, United States Code, Sections 371 and 1623, and Title 26, United States Code, Section 7201, having been advised of the nature of the charges and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant — CHARLES W. BEE, JR.

_____
Counsel for Defendant — Adam Abensohn

_____
Witness

Date:  New York, New York
       May 28, 2009