UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA     :     ORDER

   - v. -     :     09 Cr. 545 (DAB)

CHARLES W. BEE, JR.,     :

        Defendant.     :

- - - - - - - - - - - - - - - - x



     WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Theodore H. Katz, United States Magistrate Judge, on June 3, 2009;

     WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

     WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Counts One through Three of the Information knowingly and voluntarily, and that there is a factual basis for the guilty plea;

     IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated:  September 23, 2009
       New York, New York

                            *Deborah A. Batts*
                          THE HONORABLE DEBORAH A. BATTS
                          UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/09